NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD, ) | No. C 07-3930 JF (PR) |
| Petitioner, ) | JUDGMENT |
| vs. ) | |
| SUSAN HUBBARD, Warden ) | |
| Respondent. ) | |

The Court has dismissed the instant habeas petition as a second or successive petition challenging the same conviction and sentence as Petitioner's earlier petition in case no. C 99-21059 JF (PR). See 28 U.S.C. § 2244(b). A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/27/07

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\hc.07\Ford930jud          1

1  A copy of this order was mailed to the following:

2

3  Darren Vincent Ford
   K-17549
4  California Medical Facility
   P.O. Box 2500
5  Vacaville, CA  95696-2500

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28